UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH DELFRATE,

      Plaintiff,

v.                                                  Case No. 8:09-cv-2358-T-24 EAJ

LIBERTY MUTUAL INSURANCE
COMPANY,

      Defendant.
_____/

## ORDER

      This cause comes before the Court on Defendant's Motion to Dismiss. (Doc. No. 4). Plaintiff has not filed a response in opposition, despite this Court's order warning Plaintiff that his failure to respond would result in the Court considering the motion to be unopposed. (Doc. No. 8). Given Plaintiff's lack of response to the motion and this Court's order, this case is due to be dismissed for lack of prosecution.

      However, the case is also due to be dismissed on the merits. In his complaint, Plaintiff asserts two counts against Liberty Mutual Insurance Company: (1) breach of insurance contract, and (2) intentional infliction of emotional distress that allegedly resulted from the company's failure to pay his claim. (Doc. No. 2). In its motion to dismiss, Defendant argues that it is not the proper Defendant, because Liberty Mutual *Fire* Insurance Company is the entity that issued the policy. The policy attached to the complaint supports Defendant's argument. (Doc. No. 2, Ex. B, p. 65-77). Therefore, due to Plaintiff's failure to sue the proper Defendant, this case must be dismissed.

Accordingly, it is ORDERED AND ADJUDGED that Defendant's Motion to Dismiss (Doc. No. 4) is **GRANTED**. The Clerk is directed to enter judgment in favor of Defendant and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of December, 2009.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record